UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZHAO LU ZHANG,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF MOTOR VEHICLES (DMV),

Defendant.

Case No. 26-cv-11312-TSH

**ORDER RE: CONSENT TO MAGISTRATE JUDGE JURISDICTION**

Re: Dkt. Nos. 5, 8

On October 19, 2026, Plaintiff Zhao Lu Zhang filed a consent to magistrate judge jurisdiction. ECF No. 5. However, on October 27, 2026, Plaintiff filed a declination to proceed before a magistrate judge and request for reassignment to a district judge. ECF No. 8.

28 U.S.C. § 636(c)(1) requires the consent of all parties for "jurisdiction to vest in the magistrate judge." *Williams v. King*, 875 F.3d 500, 503-04 (9th Cir. 2017). Once a party has agreed to a magistrate judge's authority, "[t]here is no absolute right, in a civil case, to withdraw consent to trial and other proceedings before a magistrate judge." *Dixon v. Ylst*, 990 F.2d 478, 480 (9th Cir. 2003) (citations omitted). Instead, a party's consent may only be withdrawn by a district judge for "good cause shown on its own motion, or under extraordinary circumstances shown by any party." *Branch v. Umphenour*, 936 F.3d 994, 1001-02 (9th Cir. 2019) (quoting 28 U.S.C. § 636(c)(4)).

If Plaintiff seeks to withdraw consent to proceed before a magistrate judge, Plaintiff must file a motion to withdraw consent. The Court will refer any such motion to withdraw consent to the general duty judge for resolution.

The Court advises Plaintiff that free legal help is available through the Northern District of California's Legal Help Centers, a free service offered by the Justice & Diversity Center of the

United States District Court
Northern District of California

United States District Court
Northern District of California

Bar Association of San Francisco. Plaintiff may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Legal Help Center, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://cand.uscourts.gov/representing-yourself/free-legal-help-people-without-lawyers.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: October 29, 2026

THOMAS S. HIXSON
United States Magistrate Judge